LATIMER, Respondent, vs. JULIUS ANDRAE & SONS COMPANY, Garnishee, Appellant.

*November 4 — November 22, 1898.*

*Appealable order.*

An order refusing to grant a change of venue is not appealable, **under** sec. 3069, Stats. 1898.

APPEAL from an order of the circuit court for Dane county: R. G. SIEBECKER, Circuit Judge. *Appeal dismissed.*

The appeal is from an order refusing to grant a change of venue.

For the appellant the cause was submitted on a brief by *McElroy & Eschweiler.*

*Henry H. Morgan,* for the respondent.

MARSHALL, J.   The order is not appealable, for the reason stated in *Latimer v. Central Electric Co., ante,* p. 310.   The precise question here presented was decided in *Evans v. Curtiss,* 98 Wis. 97.

*By the Court.*— The appeal is dismissed.